**Order entered January 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00510-CV

### JACOLBY ANDERSON, Appellant

### V.

### LONESTAR PATENT SERVICES, INC., Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00393-E**

## ORDER

In his brief on the merits, appellant asserts error in the failure of the trial court to file findings of fact and conclusions of law despite his timely-filed request. *See* TEX. R. CIV. P. 298. Accordingly, on the Court's own motion, we **ORDER** the Honorable Mark Greenberg, Judge of County Court at Law No. 5, to make written findings of fact and conclusions of law **WITHIN TWENTY DAYS** of the date of this order.

We **ORDER** John Warren, Dallas County Clerk, to file, **WITHIN TWENTY-FIVE DAYS** of the date of this order, a supplemental clerk's record containing the trial court's written findings of fact and conclusions of law. Appellant may file an amended brief within thirty days of the filing of the supplemental clerk's record.

We **DIRECT** the Clerk of this Court to send a copy of this order to Judge Greenberg, Mr. Warren, and all parties.

We **ABATE** this appeal to allow Judge Greenberg to comply with this order. The appeal will be reinstated in thirty days or when the supplemental clerk's record is filed, whichever occurs sooner.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE